WILLIE JUNIOR, Appellant, *v.* WARDEN, NEVADA STATE PRISON, Respondent.

No. 7578

February 26, 1975                    532 P.2d 1037

*Horace R. Goff,* State Public Defender, and *Michael R. Griffin,* Deputy Public Defender, Carson City, for Appellant.

*Robert List,* Attorney General, and *Robert A. Groves,* Chief Deputy Attorney General, Carson City, for Respondent.

**OPINION**

*Per Curiam:*

We hold that this court's decision in Johnson v. Warden, 89 Nev. 476, 515 P.2d 63 (1973), applies to post-conviction applications for habeas corpus under NRS Chapter 34, as well as to petitions for post-conviction relief under NRS Chapter 177.

Accordingly, we affirm the district court's dismissal of appellant's petition for writ of habeas corpus, which alleged no reasons for omitting to raise, on direct appeal, appellant's current attack on proceedings certifying him for adult trial. See: Junior v. State, 89 Nev. 121, 507 P.2d 1037 (1973).